## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JULIE TATUM and VINCE BRACCILI,** | **:** | **CIVIL ACTION** |
| *Plaintiffs,* | **:** | |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **THOMAS E. MURRAY, III and** | **:** | |
| **PROGRESSIVE INSURANCE CO.,** | **:** | |
| | **:** | |
| *Defendants*. | **:** | **NO.  24-cv-02086** |

## <u>ORDER</u>

     **AND NOW**, this 1st day of July 2024, upon consideration of Plaintiffs' Motion to Remand (ECF No. 6), Defendants' Response in Opposition (ECF No. 10), and Plaintiffs' Reply (ECF No. 11), it is hereby **ORDERED** that the Motion is **DENIED**. The Clerk of Court is directed to terminate Defendant Thomas E. Murray, III from the case.

     **BY THE COURT:**

     **/s/ Chad F. Kenney**

     _____

     **CHAD F. KENNEY, JUDGE**