IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JULIE TATUM and VINCE BRACCILI,** *Plaintiffs,* | : : : | **CIVIL ACTION** |
| v. | : : : | |
| **PROGRESSIVE INSURANCE CO.,** *Defendant.* | : : : | **NO. 24-cv-02086** |

# ORDER

**AND NOW**, this **12th day of July 2024**, upon consideration of Defendant's Motion to Dismiss (ECF No. 12), Plaintiffs' Response (ECF No. 13), Defendant's Reply (ECF No. 16), and Plaintiffs' Sur-Reply (ECF No. 17) and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART**. The Motion (ECF No. 12) is **GRANTED** as to Counts III, IV, V, and VI, and **DENIED** as to Counts II and IX.

It is further **ORDERED** that a responsive pleading to the Complaint (ECF No. 1) is due on or before **July 26, 2024**.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**