IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JULIE TATUM and VINCE BRACCILI** | : | CIVIL DIVISION |
| *Plaintiffs,* | : | |
| v. | : | |
| **PROGRESSIVE SPECIALTY INSURANCE COMPANY,** | : | |
| *Defendant.* | : | NO. 24-2086 |

## ORDER

**AND NOW**, this **23rd** day of **June 2025**, after review of the docket and consideration of Defendant's Motion for Summary Judgment (ECF No. 56, "Motion"), Defendant's Brief in Support of Motion (ECF No. 57), Stipulated Concise Statement of Undisputed Facts (ECF No. 58) and Plaintiffs' Response to the Motion (ECF No. 59), Defendant's Reply Brief in Support of the Motion (ECF No. 61), Plaintiffs' Sur-Reply (ECF No. 62), all exhibits attached thereto, and for the reasons provided in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion (ECF No. 56) is **GRANTED**. The Clerk of Court is hereby directed to **CLOSE** this case.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**